| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin, SBN 175497<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>TEL: 213-388-4939  FAX: 213-388-2411<br>EMAIL: bishopbk@yahoo.com<br><br>☑ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES         DIVISION**

| In re:<br><br>Magdaleno B. Talamantes<br>Luisa Maria Talamantes<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:09-bk-33458-SK<br>CHAPTER: 13 |
|---|---|
| | **DEBTOR'S APPLICATION FOR ORDER CONFIRMING THAT LOAN MODIFICATION DISCUSSION WILL NOT VIOLATE STAY** |
| | No Hearing Required |

1. The Debtor requests that the court authorize the Mortgage Creditor, its successors in interest, its servicer, its beneficiary(ies) and/or its and their attorneys (Authorized Party) to establish contact and otherwise communicate with the Debtor and/or the Debtor's attorney, if applicable, regarding the Debtor's loan to explore the full range of solutions that may prevent either the loss of property to foreclosure, increased costs to the lender, or both.  Potential solutions may include loan modification, loan refinance, forbearance, short sale, or surrender of the property in full satisfaction of the debt.  Debtor asks the court to authorize direct communication between the Debtor, or the Debtor's Attorney, if applicable, and the Authorized Party on the above-mentioned issues.  The authorization requested will be valid notwithstanding the automatic stay provisions of 11 U.S.C. § 362(a), and the Authorized Party will not be held liable for violations of the stay for communication in furtherance of that purpose during Debtor's case.

2. Property address: 1657 251st St., Harbor City, CA 90710. APN 7410-018-048. County of Los Angeles

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011                                                      Page 1                                              F 4001-1.6.DEBTOR.APP

3. Name of Authorized Party with whom Debtor seeks to enter discussions:

   BAC Home Loans Servicing LP

   Authorized Party is:

   ☑ Mortgage Creditor          ☐ Attorney for Mortgage Creditor

   ☑ Successor in interest      ☐ Attorney for successor in interest

   ☑ Servicer                   ☐ Attorney for Servicer

4. Priority of lien:   ☑ First trust deed   ☐ Second trust deed

   ☑ Other (specify): a true and correct copy of Loan Modification is attached as exhibit "A".

5. (Check one box, if applicable):

   ☐ I am not represented by an attorney in this bankruptcy case.

   ☐ I am represented by an attorney in this bankruptcy case but have been unable to obtain my attorney's consent to communicate with the Authorized Party listed above.

   ☑ I am represented by an attorney in this bankruptcy case, whose consent appears below.

Date: 7/5/2011         By: _____
                           Signature of Debtor

                       Name: Magdaleno B Talamantes Luisa M Talamantes
                             Printed Name of Debtor

**CONSENT OF DEBTOR'S ATTORNEY (if applicable)**

I am the attorney in this bankruptcy case. By my signature below I give my full and voluntary consent for the Debtor to communicate with the Authorized Party listed on this form in furtherance of the **DEBTOR'S APPLICATION FOR ORDER CONFIRMING THAT LOAN MODIFICATION DISCUSSION WILL NOT VIOLATE STAY**. My signature below does not confer my sanction of, or in any way obligate me to assist in, any or all agreements the Debtor may or may not reach with the respect to the Authorized Party.

Date: 7/5/2011         Signature: _____
                                  (Debtor's Attorney)
                       Printed Name: L. Bishop Austin, SBN 175497

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010

A true and correct copy of the foregoing document described as **DEBTOR'S APPLICATION FOR ORDER CONFIRMING THAT LOAN MODIFICATION DISCUSSION WILL NOT VIOLATE STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ____7/5/2011____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

• Leroy Bishop Austin    lbishopbk@yahoo.com, lbishopbk@gmail.com; • Richard J Bauer    rbauer@mileslegal.com; • Kathy A Dockery (TR)    efiling@CH13LA.com; • Dolores Garcia    dgarcia@portfoliorecovery.com; • Herschel R Hoyt    herschel.r.hoyt@gtservicing.com; • David F Makkabi    cmartin@pprlaw.net; • United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov; • Christopher M Wall    acole@ncmllc.com; • Edward T Weber    bknotice@rcolegal.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (*state method for each person or entity served*):
On ____7/5/2011____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

BAC Home Loans Servicing, LP
PO BOX 10219
Van Nuys, CA 91410

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (*state method for each person or entity served*): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 7/5/2011    Signature: _____

Printed Name: L Bishop Austin, SBN 175497

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011    Page 3    F 4001-1.6.DEBTOR.APP

Chapter 13 Case # 2:09-bk-33458-SK

True and correct copy of Loan Modification between secured BAC Home Loans Servicing and Debtor Magdaleno and Luisa Talamante

# EXHIBIT "A"

# LOAN MODIFICATION AGREEMENT
## (Fixed Interest Rate- Balloon Loan)

This Loan Modification Agreement ("Agreement"), made this 16th day of February 2011, between MAGDALENO TALAMANTES, MARIA LUISA TALAMANTES EMILIO MACEDO and BAC Home Loans Servicing, LP (Lender), amends and supplements (1) the Mortgage, Deed of Trust, or Deed to Secure Debt (the Security Instrument), dated the 13th day of October 2005 and in the amount of $492,000.00 and (2) the Note bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as in the 'Property', located at 1657 251ST ST A&B, LOS ANGELES, CA 90710.

SAME AS IN SAID SECURITY INSTRUMENT

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of the 1st day of May 2011, the amount payable under the Note or Security Instrument (the "Unpaid Principal Balance") is U.S. $524,701.68 consisting of the amount(s) loaned to the Borrower by the Lender which may include, are not limited to, any past due principal payments, interest, fees and/or costs capitalized to date.

2. The Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of the Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of (See Attached Addendum) from the 1st day of April 2011. The Borrower promises to make monthly payments of principal and interest of U.S. (See Attached Addendum) beginning on the 1st day of May 2011, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on the 1st day of November 2035 (the "Maturity Date"), the Borrower still owes amounts under the Note and Security Instrument, as amended by this Agreement, the Borrower will pay these amounts in full on the Maturity Date.

**Borrower understand that my monthly principal and interest payment for the Interest Bearing Principal Balance is being amortized over 480 months from the date of my first modification payment. However, the scheduled maturity date of my loan will remain unchanged. This means that even if I make all of the scheduled payments under this modification on time I will have a remaining balance at the maturity of my loan which is called a balloon payment, and I will need to make arrangements to pay this remaining balance.**

3. The Borrower will make such payments at PO Box 515503, Los Angeles, CA 90051-6803 or at such other place as the Lender may require.

4. Nothing in this agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and the Borrower and Lender will be bound by, and comply with, all terms and provisions thereof, as amended by this Agreement.

5. In consideration of this Modification, Borrower agrees that if any document related to the Security Instrument, Note and/or Modification is lost, misplaced, misstated, inaccurately reflects the true and correct terms and conditions of the loan as modified, or is otherwise missing, Borrower(s) will comply with Lender's request to execute, acknowledge, initial and deliver to Lender any documentation Lender deems necessary. If the original promissory note is replaced the Lender hereby indemnifies the Borrower(s) against any loss associated with a demand on the original note. All documents Lender requests of Borrower(s) shall be referred to as Documents. Borrower agrees to deliver the Documents within ten (10) days after receipt by Borrower(s) of a written request for such replacement.

As evidenced by their signatures below, the Borrower and the Lender agree to the foregoing

_____    _____
**MAGDALENO TALAMANTES**           Date

_____    _____
**MARIA LUISA TALAMANTES**         Date

_____    _____
EMILIO MACEDO                      Date

STATE OF _____
County OF _____
On _____ Before me, _____ Notary Public, personally appeared

MARIA LUISA TALAMANTES
MAGDALENO TALAMANTES
24736 Bombay Ave
Wilmington    CA  90744 - 1111

Case 2:09-bk-33458-SK    Doc 43    Filed 07/05/11    Entered 07/05/11 16:56:31    Desc
Main Document    Page 6 of 11

Property    1657 251ST ST A&B
Address:    LOS ANGELES, CA 90710

## IMPORTANT MESSAGE ABOUT YOUR LOAN

Dear MAGDALENO TALAMANTES, MARIA LUISA TALAMANTES

BAC Home Loans Servicing, LP is committed to helping our valued customers who may be having difficulty in making their mortgage payments. Enclosed is a proposed agreement to modify your loan. [1] This modification agreement will not be binding or effective unless and until it has been signed by both you and BAC Home Loans Servicing, LP. Further, in order for the loan modification to become effective, you must complete the actions in the "To Accept the Proposed Modification" section of this letter by no later than March 18, 2011.

### SUMMARY OF PROPOSED MODIFICATION

| | |
|---|---|
| Current Interest Rate | 5.750% |
| New Interest Rate | 2.000% |
| Unpaid Principal Balance [2] | $524,701.68 |
| New Maturity Date [3] | 11/1/2035 |
| Effective Date | 5/1/2011 |
| Interest Rate Term | 480 |

**A breakdown of your new monthly payment is as follows:**

| | |
|---|---|
| P&I Payment: [4] | $1,588.93 |
| Escrow / Option ins: | $912.58 |
| New Monthly Payment: | $2,501.51 |

### TO ACCEPT THE PROPOSED MODIFICATION, COMPLETE THE FOLLOWING BY March 18, 2011:

1 **Carefully review all documentation enclosed.**[5] On the following pages, we have outlined important legal terms and notices of this change. It is very important that you read and understand these terms.

2 Sign and date the enclosed Loan Modification Agreement in the presence of a notary. The notary acknowledgment must be in recordable form. All parties who own an interest in the property must sign the modification agreement as their name appears on the enclosed agreement.

**Special Requirements if the loan Modification Agreement is being executed in California:**
If executing the Loan Modification Agreement in the state of California, you must also sign and execute the California Notary Acknowledgement in the presence of a Notary. It will be utilized by the notary of the state of California in place of the notary section contained in the Loan Modification Agreement.

---

[1] The enclosed terms are based upon information you provided to us and may be subject to validation.

[2] Your "Unpaid Principal Balance" is calculated by adding the Delinquent Balance to your current Unpaid Principal Balance of $491,777.81.

[3] Your new maturity date may have changed from your current maturity date as a result of the modification terms. This agreement will bring the loan current; however, you are still required to pay back the entire unpaid principal balance by the maturity date for your loan.

[4] Payment subject to change. Review your agreement for more information.

[5] BAC Home Loans Servicing, LP is required by law to inform you that this communication is from a debt collector.

| | |
|---|---|
| Title and Recording Fees: | $0.00 |
| Delinquent Escrow: | $3,253.29 |
| Foreclosure Fees: | $0.00 |
| Bankruptcy Fees: | $0.00 |
| Property Inspection: | $15.00 |
| Late Charges Due: | $0.00 |
| NSF/Misc. Fees: | $0.00 |
| Delinquent Mortgage Payments(s): | $0.00 |
| Partial Funds : | $3,253.29 |
| Additional Contribution Agreed To: | $0.00 |
| **Total Amount Due with Executed Agreement:** | **$0.00** |

4 Using the pre-addressed, pre-paid FedEx envelope and the address label provided, return all properly signed and notarized documents and first payment on later than March 18, 2011.

**DID YOU REMEMBER**
☐ Loan Modification Agreement
(See Item #2 above)
☐ California Notary Acknowledgement
(If applicable. See Above)
☐ Certified Check or Money Order for the Total Amount Due

NOTE: Failure to return all documents correctly signed, dated and notarized and the first payment as requested will result in processing delays.

## IMPORTANT TERMS OF PROPOSED MODIFICATION

Upon the modification agreement becoming binding and effective, the mortgage will be modified to reflect the following terms. Please read this section carefully to understand the impact of this modification on your current mortgage.

### Delinquent Balance

The Following shows your current delinquent balance as of April 1, 2011. This reflects the total amount needed to bring our loan current. The proposed modification will cure the below delinquency and bring your loan current; however, it may also increase your monthly payment.

| | |
|---|---|
| Delinquent Interest accrued from June 1, 2010 to April 1, 2011: | $25,920.84 |
| Fees and Costs*: | $0.00 |
| Delinquent Escrow | $7,003.03 |
| Total Amount to be added to your Principal Balance : | $32,923.87 |

### Fees and Costs are Estimated*

Fees may include but are not limited to property inspection fees, property preservation fees, legal fees, appraisal fees, BPO fees, title report fees, recording fees and/or subordination fees. We have made every attempt to estimate the amount of fees and costs that may have beeen incurred and not yet paid by Bank of America Home Loans, LP in the servicing of your loan. Fees and costs incurred but not yet billed and not included above will remain your responsibliity following the modification.

You will not pay any modification fee in connection with this agreement.

Your current interest rate is 5.750%.
Under the terms of the modification, your loan becomes a STEP RATE LOAN. Your new reduced rate of 2.000% will be effective as of the May 1, 2011 payment.

**A breakdown of the scheduled interest rate changes is as follows:**

| Years | Interest Rate | Interest Rate Change Date | Type of Payment | Monthly Payment | Payment Begins on | Number of Monthly Payments |
|---|---|---|---|---|---|---|
| 1-5 | 2.000% | 4/1/2011 | Principal and Interest | $1,588.93 | 5/1/2011 | 60 |
| 6 | 3.000% | 4/1/2016 | Principal and Interest | $1,845.97 | 5/1/2016 | 12 |
| 7 | 4.000% | 4/1/2017 | Principal and Interest | $2,117.29 | 5/1/2017 | 223 |
|  |  |  | Principal and Interest |  |  |  |

## Other Conditions that May Apply

Upon request, you may be asked to provide a copy of your most recent supporting income receipts (pay stubs). If you are self-employed, please include the last two (2) quarters of your Profit and Loss Statements (P&L Statements). If you have recently secured new employment, please include a letter from your employer verifying net and gross income. Please do not send originals.

In some cases, a lender's title insurance policy or endorsement may be required. The policy insures the Modified Mortgage as a valid lien in accordance with our requirements. If you have any other encumbrances on the property, then you may be required to obtain agreements by which other secured creditors subordinate their interest to the Modified Mortgage.

If any issues arise between the date of this letter and the date on which all of the terms and conditions of this letter are finalized, including, but not limited to, deterioration in the condition of the property, lawsuits, liens, additional expenses and defaulted amount, then we may not sign the modification agreement and we may pursue all collection action, including foreclosure.

This letter does not stop, waive or postpone the collection actions, or credit reporting actions we have taken or contemplate taking against you and the property. In the event that you do not or cannot fulfill ALL of the terms and conditions of this letter no later than March 18, 2011 we will continue our collections actions without giving you additional notices or response periods.

## IF YOU HAVE QUESTIONS

If you have any questions about this program, please contact us at 800.669.6607. Our dedicated Loan Consultants can be reached from 8:00 AM until 9:00 PM CT Monday through Friday, and 8:00 AM until 3:00 PM CT on Saturday. You can also learn more about our Homeownership Retention Program by visiting us online at www.bankofamerica.com/cwmain.

We are committed to providing you the help you need to remain in your home. Please take advantage of this offer by completing the enclosed forms, or call us to see how we can help you. We look forward to receiving all required documents and your first payment prior to the document return deadline of March 18, 2011.

Sincerely,

Home Retention Division
BAC Home Loans Servicing, LP

Case 2:09-bk-33458-SK    Doc 43    Filed 07/05/11    Entered 07/05/11 16:56:31    Desc
Main Document    Page 9 of 11

STATE OF _____

County OF _____

On _____ Before me, _____ Notary Public, personally appeare

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures (s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS my hand and official seal.**
Signature

Loan #: 115139545

---FOR INTERNAL USE ONLY---

# MODIFICATION BANKRUPTCY DISCLOSURE RIDER

THIS MODIFICATION BANKRUPTCY DISCLOSURE RIDER, effective the 16th day of February 2011, is incorporated into and shall be deemed to amend and supplement the Loan Modification Agreement of the same date made by MAGDALENO TALAMANTES, MARIA LUISA TALAMANTES and BAC Home Loans Servicing, LP (Lender), covering the Property described in the Loan Modification Agreement Located at 1657 251ST ST A&B, LOS ANGELES, CA 90710.

Borrower understands and acknowledges that if Borrower breaches any of the terms and conditions of the Loan Modification Agreement, including but not limited to timely making the payments described in the Loan Modification Agreement, that Lender has the right to foreclose the Property in accordance with the terms and conditions of the underlying Security Instruments.

In addition to the covenants and agreements made in the Loan Modification Agreement, the Borrower and Lender covenant and agree as follows:

1. Borrower was discharged in a Chapter 13 bankruptcy proceeding after the execution of the Note and Security Instruments;
2. Borrower has or reasonably expects to have the ability to make the payments specified in the Loan Modification Agreement; and
3. The Loan Modification Agreement was entered into consensually and it does not affect the discharge of Borrower's personal liability on the Note;

Borrower understands and acknowledges that Borrower has had an opportunity to consult an attorney of Borrower's own choosing before Borrower executed the Loan Modification Agreement or this Modification Bankruptcy Disclosure Rider, and Borrower has either consulted with an attorney or has declined the opportunity to consult with an attorney.

_____     _____
**MAGDALENO TALAMANTES**                              Dated

_____     _____
**MARIA LUISA TALAMANTES**                             Dated


BAC Home Loans Servicing, LP

_____     Dated    _____

BAC Home Loans Servicing, LP
Attn Home Retention Division: CA6-919-01-43
400 National Way
Simi Valley, CA 93065

Loan #:  115139545

# Acknowledgment

State of California

County of _____

On _____ before me _____
                                (insert name & title of the officer)

personally appeared _____
who proved to me on the basis of satisfactory evidence to be person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____ (Seal)

BA2 Loan#    115139545